# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Deborah Anne Ehlers, | Civil No. 06-3122 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Siemens Medical Solutions USA, Inc., | |
| Defendant/Third-Party Plaintiff, | |
| vs. | |
| Allina Health Systems, d/b/a Abbott Northwestern Hospital, | |
| Third-Party Defendant. | |

Pursuant to Siemens Medical Solutions USA, Inc.'s Dismissal of its Third-Party Complaint Against Allina Health Systems With Prejudice (Doc. No. 26), **IT IS ORDERED** that the Third-Party Complaint against Allina Health Systems, d/b/a Abbott Northwestern Hospital, is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated:   July 26, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge