**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| DEBORAH ANNE EHLERS, | Civil No. 06-3122 (RHK/AJB) |
| Plaintiff, | **ORDER EXTENDING DEADLINE TO HEAR DISPOSITIVE MOTIONS** |
| vs. | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., | |
| Defendant. | |

---

Defendant's Consent Motion for Brief Extension of Deadline to Hear Dispositive Motions (Doc. No. 66) is **GRANTED** as follows:

Pursuant to the Court's telephone communication with counsel, **IT IS ORDERED** that Siemens's Motion for Summary Judgment will be heard at 6:30 p.m., Wednesday, March 19, 2008, at the William Mitchell College of Law, St. Paul, Minnesota.  Briefing for said Motion will be completed in compliance with the time limits established in Local Rule 7.1(b).

All other deadlines in the Court's Second Amended Pretrial Scheduling Order (Doc. No. 50), Notice of Assignment of Cases for Trial (Doc. No. 65) or Notice of Settlement Conference (Doc. No. 64) remain in effect.

Dated:  January 15, 2008.

                                                                                s/Richard H. Kyle
                                                                                RICHARD H. KYLE
                                                                                United States District Judge